DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
JAN 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20 00042 BLF VKD |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2252(a)(4)(B) – Possession of Child Pornography; |
| JAMES GOULD, JR., | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:       (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about June 26, 2019, in the Northern District of California, the defendant,

JAMES GOULD, JR.,

after having sustained a prior conviction under 18 U.S.C § 2252(a), did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

INFORMATION

FORFEITURE ALLEGATION:     (18 U.S.C. § 2253(a))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in this Information, the defendant,

JAMES GOULD, JR.,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to:

    a. Verizon Samsung Cell (Probation #18632)[1]

    b. SanDisk 32GB USB (Probation # 18633)

    c. Shield Tablet seized from dresser at Gould's home (Probation # 18634)

    d. Red Samsung Verizon Phone (Probation # 18637)

    e. Lenovo Think Pad Black (Probation # 18640)

    f. Shield Tablet seized from television stand at Gould's home (Probation # 18641)

    g. Silver Cell Phone Virgin Mobile (Probation # 18642)

    h. Silver Kyocera Metro Cell (Probation # 18645)

    i. Nokia Cell AT&T (Probation # 18646)

    j. Kyocera Cell Metro PCS (Probation # 18647)

---

[1] "Probation # 18632" refers to the evidence number that the Probation Office assigned to the item when it was seized from defendant James Gould, Jr.'s home.

INFORMATION                         2

  k. AT&T Slider LG Cell (Probation # 18648)

  l. LG Metro PCS 4G Cell (Probation # 18649)

  m. Seagate HD (Probation # 18650)

  n. Nvidia Tegra 3 Tablet (Probation # 18651)

  o. Fujitusu Hard Drive (Probation # 18654)

  p. Lexus 8 GB USB Drive (Probation # 18657)

  q. Hitachi HDD (Probation # 18658)

  r. IBM Deskstar Apple (Probation # 18659).

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: January 30, 2020

DAVID L. ANDERSON
United States Attorney

*/s/ Chinhayi Cadet*

CHINHAYI COLEMAN CADET
Assistant United States Attorney

INFORMATION  3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

VIOLATIONS:
18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum 20 years of imprisonment
Minimum 10 years of imprisonment
$250,000 maximum fine
Minimum 5 years and maximum lifetime of supervised release
$100 mandatory special assessment

**DEFENDANT - U.S**
▶ James Gould, Jr.

DISTRICT COURT NUMBER
CR 20 00042 BLF
VKD

FILED JAN 30 2020 CLERK SUSAN Y. SOONG NORTHERN DISTRICT COURT SAN JOSE CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI - Special Agent Colleen Dettling

☒ person is awaiting trial in another Federal or State Court, give name of court
NDCA Case Number CR 12-00464 EJD

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
AUSA Chinhayi Cadet

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:         Before Judge:

Comments: