# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. James Gould, Jr. | **CASE NUMBER:** CR 20 00042 |
| Is This Case Under Seal? | Yes   No ✓ |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF   OAK   SJ ✓ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** AUSA Chinhayi Cadet | **Date Submitted:** 01/30/2020 |
| **Comments:** | |

Handwritten: SLF / VKD

Form CAND-CRIM-COVER (Rev. 11/16)   RESET FORM   SAVE PDF