1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5596
7       FAX: (408) 535-5081
        Chinhayi.cadet@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. CR 12-00464 (EJD)
                                          ) [FILED JUNE 13, 2012]
14 |        Plaintiff,                    )
                                          )
15 |   v.                                 )
                                          )
16 | JAMES GOULD, JR.,                    )
                                          )
17 |        Defendant.                    )
                                          )
18

19 | UNITED STATES OF AMERICA,           ) NO. CR 20-00042 (BLF)
                                          ) [FILED JANUARY 30, 2020]
20 |        Plaintiff,                    )
                                          ) NOTICE OF RELATED CASE IN A CRIMINAL
21 |   v.                                 ) ACTION
                                          )
22 | JAMES GOULD, JR.,                    )
                                          )
23 |        Defendant.                    )
                                          )
24

25         The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 that the two above-captioned criminal cases are related.  On April 10, 2014, Defendant James Gould, Jr.

27 pled guilty to Count Two of an Indictment in NDCA Case Number CR 12-00464 EJD charging him

28 with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  On October 2, 2014,

NOTICE OF RELATED CASES
CR 12-00464 (EJD) and CR 20-00042 (BLF)           1

the Court sentenced Gould to 36 months of imprisonment followed by 5 years of supervised release. Gould's five-year term of supervised release commenced on November 30, 2016. On June 5, 2019, Gould reported to the Probation Office for a meeting with his Probation Officer. During that meeting, the Probation Officer conducted a random inspection of his Verizon Samsung cell phone by making a digital image of it. On June 20, 2019, the Probation Office reviewed the mirror image of his telephone, and discovered three child pornography images on it. On June 25, 2019, the Probation Officer filed a Form 12 supervised release violation based on Gould's possession of the three child pornography images on his phone. The Form 12 supervised release violation petition is presently pending before the Honorable Edward J. Davila in NDCA Case Number CR 12-00464 EJD.

On June 26, 2019, based on the images of child pornography found on Gould's cell phone, the Probation Office conducted a search of his residence and found numerous electronic devices, including Gould's Shield Tablet. Further investigation revealed that Gould possessed 556 child pornography images and 169 child pornography videos on his Shield Tablet. Based on the findings of the investigation, on January 30, 2020, the government filed an Information charging Gould with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). The Information was assigned NDCA Case Number CR 20-00042 BLF. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: January 31, 2020                                  Respectfully submitted,

                                                         DAVID L. ANDERSON
                                                         United States Attorney


                                                         _____/s/_____
                                                         CHINHAYI COLEMAN CADET
                                                         Assistant United States Attorney